# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANNON SMITH** | : | **CIVIL ACTION** |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NCB MANAGEMENT SERVICES, INC.** | : | |
| *Defendant(s).* | : | **NO. 22-3574** |

# O R D E R

**AND NOW, TO WIT:** this **16th** day of **December 2022**, having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge